**Opinion issued January 17, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00721-CR

————————————

## JAMES TRACY RENTZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 56th District Court**
**Galveston County, Texas**
**Trial Court Case No. 12-CR-2905**

## MEMORANDUM OPINION

Appellant, James Tracy Rentz, has filed a motion to dismiss his appeal, which he and his attorney have signed. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal, and more than ten days have passed and the State has not expressed opposition to appellant's motion. *See* TEX. R. APP. P. 10.3(a)(2), 42.2(b).

Accordingly, we grant appellant's motion and dismiss the appeal.  *See* TEX.

R. APP. P. 42.2(a), 43.2(f).  We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.

Do not publish.   TEX. R. APP. P. 47.2(b).